UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN CRAIG, | CASE NO. C25-1252-KKE |
| Plaintiff(s), | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| PETERSON LAMPS HQ LLC, et al., | |
| Defendant(s). | |

The Court has reviewed Defendant Chad Peterson's motion, filed *pro se*, to extend his deadline to respond to Plaintiff's complaint. Dkt. No. 10. The Court GRANTS the motion as follows:

(1) Peterson's deadline to respond to Plaintiff's complaint is extended to September 15, 2025.

(2) Defendant Peterson Lamps HQ, LLC, must obtain counsel no later than September 15, 2025, consistent with Local Rules W.D. Wash. LCR 83.2(b)(4). Failure to obtain an attorney by that deadline may result in entry of default against Peterson Lamps HQ, LLC.

Dated this 13th day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1