UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN CRAIG, | CASE NO. C25-1252-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| PETERSON LAMPS HQ LLC, et al., | |
| Defendant(s). | |

Finding good cause, the Court GRANTS Defendants Peterson Lamps HQ and Chad Peterson's Unopposed Motion to Extend Time to Respond to Complaint.  A responsive pleading shall be filed on or before April 10, 2026.

Dated this 10th day of March, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT - 1