Matthew Cunanan, WSBA #42530
4019 S. Cheney-Spokane Rd., Suite #8
Spokane, WA 99224
206-494-0400
matthew@dclglawyers.com

HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DEVIN CRAIG,<br>Plaintiff,<br>vs.<br>PETERSON LAMPS HQ, LLC and CHAD PETERSON,<br>Defendants.<br>———<br>CHAD PETERSON and PETERSON LAMPS HQ, LLC,<br>Third-Party Plaintiffs,<br>v.<br>CURTIS JAMES CLINKINBEARD and MATH STACK, LLC,<br>Third-Party Defendants. | Case No. 2:25-cv-01252-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO RE-NOTE THIRD-PARTY DEFENDANTS' MOTION TO DISMISS (DKT. NO. 38) |

This matter comes before the Court on the parties' Stipulated Motion to Re-Note Third-Party Defendants' Motion to Dismiss (Dkt. No. 38) and to Set Briefing Deadlines. The Court has considered the stipulated motion and the record in this case, including its July 14, 2026 notice deferring entry of a case schedule pending its ruling on the motion (Dkt. No. 40). Finding good cause under Federal Rule of Civil Procedure 6(b)(1)(A), the Court GRANTS the stipulated motion and ORDERS as follows:

1. The Motion to Dismiss Third-Party Complaints (Dkt. No. 38) is RE-NOTED for consideration on September 3, 2026.



DC LAW GROUP
4019 S. Cheney-Spokane Rd., Suite #8
Spokane, WA 99224
Tel:206-494-0400

2. Third-Party Plaintiffs shall file their response to the motion on or before August 27, 2026.

3. Third-Party Defendants shall file their reply in support of the motion on or before September 3, 2026.

IT IS SO ORDERED.

Dated this 6th day of August, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

*/s/ Matthew Cunanan*
Matthew Cunanan, WSBA # 42530
Attorney for Defendants / Third-Party Plaintiffs
Chad Peterson and Peterson Lamps HQ, LLC

Approved as to form; notice of presentation waived:

KENNYHERTZ PERRY, LLC

*/s/ Jon R. Dedon approved via email*
Jon R. Dedon, Pro Hac Vice

LEE & HAYES, P.C.

*/s/ Robert J. Carlson approved via email*
Robert J. Carlson, WSBA # 18455
Attorneys for Third-Party Defendants
Curtis James Clinkinbeard and Math Stack, LLC



DC LAW GROUP
4019 S. Cheney-Spokane Rd., Suite #8
Spokane, WA 99224
Tel:206-494-0400